UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Crim. No. 5:25-cr-00097-GFVT-MAS |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CRYSTAL MARCELINO-COSME, ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Matthew A. Stinnett. [R. 9.] On December 19, 2023, Senior District Judge Peter G. Sheridan of the District of New Jersey sentenced Marcelino-Cosme to time served, to be followed by 5 years of supervised release. *Id.* at 1. Marcelino-Cosme was released on December 14, 2023. *Id*. On July 29, 2025, the Eastern District of Kentucky accepted transfer of jurisdiction of this case. *Id.* at 2.

On August 14, 2025, the United States Probation Office issued a Violation Report charging Marcelino-Cosme with two supervised release violations. The report indicated that cocaine was detected in Marcelino-Cosme's drug screen, thus Marcelino-Cosme violated the conditions prohibiting her from using a controlled substance and prohibiting her from violating federal, state, or local law by possessing cocaine through its use. On August 27, 2025, Marcelino-Cosme appeared before Judge Stinnett for an initial appearance pursuant to Federal Rule of Criminal Procedure 32.1. [R. 6.] On September 24, 2025, Marcelino-Cosme appeared before Judge Stinnett for her final hearing. [R. 8.]

Judge Stinnett found that Marcelino-Cosme "knowingly, voluntarily, and intelligently" stipulated to both violations. [R. 9 at 2-3.] At the final hearing, the parties agreed to continue the sentencing phase of the hearing until March 18, 2026, in order to give Marcelino-Cosme the opportunity to prove her compliance with conditions for six months from the date of the final hearing prior to conducting the sentencing phase. *Id.* at 3. After the final hearing, Judge Stinnett issued the instant Report and Recommendation in which he evaluated the entire record and determined that based on Marcelino-Cosme's single violation, her criminal history Category I, and her progress after the initial slip-up, the sentencing phase of the final hearing should be continued. *Id.*

Pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the Report and Recommendation advises the parties that objections must be filed within fourteen (14) days of service. *Id.* at 11-12; *see* 28 U.S.C. § 636(b)(1). More than fourteen days have passed, and neither party has objected to the Report and Recommendation. Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). But when no objections are made, as in this case, the Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn,* 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters,* 638 F.2d 947, 949–50 (6th Cir. 1981). Nevertheless, the Court has examined the record and agrees with Judge Stinnett's recommended disposition.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report and Recommendation **[R. 9]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Crystal Marcelino-Cosme is found **GUILTY** of the Violations as charged by the United States Probation Office; and

3. Defendant Crystal Marcelino-Cosme's sentencing is **CONTINUED** until March 18, 2026, at 1:00 p.m. before Magistrate Judge Matthew A. Stinnett.

This the 2nd day of December, 2025.

Gregory F. Van Tatenhove
United States District Judge